IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 18 2010
J.T. NOBLIN, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.                                                             CRIMINAL NO. 1:10cr05 WJG-RHW

MECHELLE BUSSE, a/k/a                          29 U.S.C. § 501(c)
Mechelle Singleton

**The Grand Jury charges:**

That from in or about June 2005, and continuing to in or about December 2007, in Harrison County in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **MECHELLE BUSSE, a/k/a Mechelle Singleton**, while serving as the office manager for United Association of Plumbers and Pipe Fitters AFL-CIO, Local 568, in Gulfport, Mississippi, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did willfully and unlawfully embezzle, steal, abstract, and convert to her own use or to the use of another the sum of approximately $110,117.69 of the monies, funds, securities, property and other assets of said labor organization, in violation of Section 501(c), Title 29, United States Code.

_/s/ John M. Donnelly, Jr._
for DONALD R. BURKHALTER
United States Attorney

A TRUE BILL:
s/signature redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 18TH day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE